Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024, cynthiarenee@msn.com
Plaintiff, Pro Se

FILED
2012 OCT -5  PM 4: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BLEDSOE,<br><br>        Plaintiff,<br>v.<br><br>CACH, LLC.,<br>MANDARICH LAW GROUP, LLP.,<br><br>        Defendants. | **CASE NUMBER:**<br><br>SACV12-1730 DOC(JPRx)<br><br>**VERIFIED FCRA COMPLAINT**<br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR VIOLATIONS OF THE FCRA

### JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

2. All conditions precedent to the bringing of this action, have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is CYNTHIA BLEDSOE, a natural person, who resides in the State of California, in the County of Orange.

4. CACH, LLC. ("CACH") is a junk debt buyer with offices at 370 17th Street, Suite 5000, Denver, CO 80202-3050.

5. Upon information and belief, Mandarich Law Group, LLC.("Mandarich) is lawfirm that practices or acts as a debt collector. Mandarich is the furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

## VENUE

6. The occurrences which give rise to this action occurred in Orange County, California and Plaintiff resides in Orange County, California.

7. Venue is proper in the Central District of California.

## FACTUAL ALLEGATIONS

8. Plaintiff individually, hereby sues each Defendant CACH, LLC. and Mandarich Law Group, LLP. ("Defendants") for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq*.

9. Upon information and belief, CACH, LLC. is a junk debt buyer that purchases illegal debt from the original creditors without any proper contract and/or assignment. CACH, LLC. often retains unscrupulous lawfirm such as Mandarich Law Group, LLP. to illegally sue consumers in State courts, hoping that these consumers do not have money to seek legal counsel or do not have the legal knowledge on how to answer the lawsuits. So then the clerk of court will procedurally enters a default judgment against the consumers for not filing an answer on time. The result outlines in this verified complaint showing that Mandarich Law Group, LLP. illegally pulled Plaintiff's consumer credit report seven times in a two years period. This is an illegal act under the FCRA statue.

10. On 02/18/2011, 07/19/2011, 11/17/2011 and 03/23/2012, Defendants had initiated a hard pull on TransUnion consumer report without permissible purpose thereby reducing Plaintiff's credit score. On 12/26/2011, 07/30/2012 and 08/06/2012, Defendants continued to illegally pull Plaintiff's credit report from Experian. These seven illegal hard inquiries caused Plaintiff's credit score to drop close to 100 points. Plaintiff was not able to get an auto loan because of these illegal actions carried out by Defendants. See exhibit P1.

11. At no time did Plaintiff ever have a relationship of any kind with Defendants as defined within The Fair Credit Reporting Act 15 U.S.C. § 1681b(3)(A)-(F).

12. Based on information and belief, Defendants did not have a lawful purpose for requesting, obtaining and using Plaintiff's consumer report from Experian and TransUnion. Therefore, Defendants requests, acquisition and use of Plaintiff's consumer report were in violation of the Fair Credit Reporting Act, 15 U.S.C 15 § 1681b(f).

13. Defendant's failure to comply with the Fair Credit Reporting Act when it requested, obtained and used Plaintiff's consumer report on 02/18/2011, 07/19/2011, 11/17/2011, 03/23/2012, 12/26/2011, 07/30/2012 and 08/06/2012 were willful, as contemplated under 15 U.S.C. § 1681n under the Fair Credit Reporting Act. As a result of said conduct by Defendants, Plaintiff has been damaged.

14. In the alternative, Defendants failure to comply with the Fair Credit Reporting Act when it requested, obtained and used Plaintiff's consumer report on 02/18/2011, 07/19/2011, 11/17/2011, 03/23/2012, 12/26/2011, 07/30/2012 and 08/06/2012 were negligent, as contemplated under 15 U.S.C. § 1681o under the Fair Credit Reporting Act. As a result of said conduct by Defendant, Plaintiff has been damaged.

15. Discovery of Defendants violation of Fair Credit Reporting Act 15 U.S.C § 1681b(f) occurred on August 28th, 2012 and is within the statues of limitations as defined by The Fair Credit Reporting Act 15 U.S.C § 1681p.

16. On September 17th, 2012 Plaintiff sent a notice of the violation to CACH, LLC. and Mandarich Law Group, LLP. by United States Postal Service certified mail #_____ with return receipt. This was in an effort to mitigate damages and reach a settlement for their violation in obtaining Plaintiff's consumer report on those seven occasions before taking civil action against Defendants in the US District Court for the Central District of California.

## COUNT I

### VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, WILLFUL NON-COMPLIANCE BY DEFENDANTS CACH, LLC. AND MANDARICH LAW GROUP, LLP.

17. Paragraphs 1 through 16 are re-alleged as though fully set forth herein.

18. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

19. Experian and TransUnion are consumer reporting agencies within the meaning of FCRA, 15 U.S.C. § 1681a(f).

20. CACH, LLC. and Mandarich Law Group, LLP. are furnishers of information within the meaning of Fair Credit Reporting Act, 15 U.S.C. 1681s-2.

21. Consumer report is a consumer report within the meaning of the FCRA, 15 U.S.C. §1681a(d).

22. The Fair Credit Reporting Act, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report. Such permissible purposes as defined

by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

23. The actions of Defendants obtaining the Experian and TransUnion consumer reports on 02/18/2011, 07/19/2011, 11/17/2011, 03/23/2012, 12/26/2011, 07/30/2012 and 08/06/2012, for the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of Fair Credit Reporting Act, 15 U.S.C. § 1681b(f) as defined by Fair Credit Reporting Act, 15 U.S.C. § 1681b.

24. At no time has the Defendants ever indicated what justification they may have had for obtaining Plaintiff's consumer report.

25. The defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and Defendants breached said duty by failing to do so.

26. There was no account that the Defendants had that would have given the Defendant permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages for breach of said duty.

WHEREFORE, Plaintiff demands judgment for damages against Defendant CACH, LLC. for statutory damages, any attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.

## COUNT II

**VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, NEGLIGENT NON-COMPLIANCE DEFENDANTS CACH, LLC. AND MANDARICH LAW GROUP, LLP.**

27. Paragraphs 1 through 26 are re-alleged as though fully set forth herein.

28. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

29. Experian and TransUnion are consumer reporting agencies within the meaning of FCRA, 15 U.S.C. § 1681a(f).

30. CACH, LLC. and Mandarich Law Group are furnishers of information within the meaning of The Fair Credit Reporting Act, 15 U.S.C. 1681s-2.

31. Consumer report is a consumer report within the meaning of the FCRA, 15 U.S.C. §1681a(d).

32. The Fair Credit Reporting Act, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer report.

33. The actions of Defendant obtaining the Experian consumer report on 02/18/2011, 07/19/2011, 11/17/2011, 03/23/2012, 12/26/2011, 07/30/2012 and 08/06/2012, for the Plaintiff with no permissible purpose or Plaintiff's consent was a negligent violation of Fair Credit Reporting Act, 15 U.S.C. § 1681b(f) as defined by Fair Credit Reporting Act, 15 U.S.C. § 1681b.

34. At no time have Defendants ever indicated what justification they may have had for obtaining Plaintiff's consumer report. The defendants had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and Defendants breached said duty by failing to do so.

35. There was no account that the Defendants had that would have given the Defendant permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages for breach of said duty.

WHEREFORE, Plaintiff demands judgment for damages against Defendants CACH, LLC. and Mandarich Law Group, LLP. for statutory damages, any attorney's fees, and costs pursuant to 15 U.S.C. § 1681o.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby demands trial by jury.

Dated: September 28th, 2012

Respectfully Submitted,

Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024, cynthiarenee@msn.com
Plaintiff, Pro Se

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5  CYNTHIA BLEDSOE,<br>6<br>7         Plaintiff,<br>     v.<br>8  CACH, LLC.,<br>   MANDARICH LAW GROUP, LLP,<br>9<br>10        Defendants. | CASE NUMBER:<br><br><br><br>**VERIFICATION OF COMPLAINT** |

11
12
13    BEFORE ME personally appeared CYNTHIA BLEDSOE who, being by me first duly sworn and identified in accordance to Texas law, deposes and says:
14    1. My name is CYNTHIA BLEDSOE, Plaintiff herein.
15    2. I have read and understood the attached foregoing complaint filed herein, and each fact alleged therein is true and correct of my own personal knowledge.
16        FURTHER THE AFFIANT SAYETH NAUGHT.
17
18                                                    _____
                                                      CYNTHIA BLEDSOE, Affiant
19
    State of California
20  County of Orange
21
    SWORN TO and subscribed before me, a notary public, on this _____ day of _____ 2012
22  personally appeared _____, known to me through description of
    identity card to be the person whose name is subscribed to the foregoing document and, being by
23  me first duly sworn, declared that the statements therein contained are true and correct.
24
25
26  (Personalized Seal)                              _____
                                                         Notary Public's Signature
27
28

## Exhibit P1 (Page 1 of 2)

**MANDARICH LAW GROUP LL** — Experian — Equifax — TransUnion
- Business Name: MANDARICH LAW GROUP LL
- Inquiry Date: 8/6/2012
- Business Type: Legal And Related Services
- 877-414-0130
- 6301 OWENSMOUTH AVE STE
- WOODLAND HILLS, CA 91367

**MANDARICH LAW GROUP LL** — Experian — Equifax — TransUnion
- Business Name: MANDARICH LAW GROUP LL
- Inquiry Date: 7/30/2012
- Business Type: Legal And Related Services
- 877-414-0130
- 6301 OWENSMOUTH AVE STE
- WOODLAND HILLS, CA 91367

**MANDARICHLAW** — Experian — Equifax — TransUnion
- TransUnion: MANDARICHLAW, 3/23/2012, Collection services
- 877-414-0130
- 6301 OWENSMOUTH AV
- WOODLAND HILLS, CA 91367

**MANDARICH LAW GROUP LL** — Experian — Equifax — TransUnion
- Business Name: MANDARICH LAW GROUP LL
- Inquiry Date: 12/26/2011
- Business Type: Legal And Related Services
- 877-414-0130
- 6301 OWENSMOUTH AVE STE
- WOODLAND HILLS, CA 91367

**MANDARICHLAW** — Experian — Equifax — TransUnion
- TransUnion: MANDARICHLAW, 11/17/2011, Collection services
- 877-414-0130
- 6301 OWENSMOUTH AV
- WOODLAND HILLS, CA 91367

| | | | | | |
|---|---|---|---|---|---|

Exhibit P1 (Page 2 of 2)

| MANDARICHLAW | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| 877-414-0130<br>6301 OWENSMOUTH AV<br>WOODLAND HILLS, CA 91367 | Business Name<br>Inquiry Date<br>Business Type | | | MANDARICHLAW<br>7/19/2011<br>Collection services |

| MANDARICHLAW | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| 877-414-0130<br>6301 OWENSMOUTH AV<br>WOODLAND HILLS, CA 91367 | Business Name<br>Inquiry Date<br>Business Type | | | MANDARICHLAW<br>2/18/2011<br>Collection services |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CYNTHIA BLEDSOE | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SACV12-01730 DOC (JPRx) |
| CACH, LLC., MANDARICH LAW GROUP, LLP. | )<br>)<br>) |
| *Defendant* | ) |

**FOR OFFICE USE ONLY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**FOR OFFICE USE ONLY**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606

**FOR OFFICE USE ONLY**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT -5 2012

*Signature of Clerk or Deputy Clerk*

1146

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
CYNTHIA BLEDSOE

**DEFENDANTS**
CACH, LLC.
MANDARICH LAW GROUP LLP.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
92 Corporate Park, #100
Irvine, CA 92606
714.692-1233

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA AND FRAUD COMPLAINT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV12-01730 DOC (JPRx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                             CIVIL COVER SHEET                                             Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Cynthia Bledsoe_ Date _10-5-12_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

```
SACV12- 1730 DOC (JPRx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY