JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 12-1730 DOC (JPRx)            Date: April 17, 2013

Title: CYNTHIA BLEDSOE V. CACH, LLC, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

Julie Barrera                      N/A
Courtroom Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                       None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE WITH PREJUDICE**

      Before the Court is a Motion to Dismiss (Dkt. 32) brought by Defendants Cach, LLC, and Mandarich Law Group. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

      Plaintiff's Opposition was due on April 15, 2013. *See* Local Rule 7-9. Plaintiff has not filed an opposition to Defendants' Motion, which argues for dismissal on the basis of the Rooker-Feldman doctrine, res judicata from litigation about Plaintiff's debts, and shortcomings in pleading facts such that Plaintiff should not be allowed to amend once more.

      Because Plaintiff has failed to oppose, the Motion to Dismiss is hereby GRANTED AS UNOPPOSED pursuant to Local Rule 7-12. Accordingly, Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

      The Clerk shall serve a copy of this Order on all parties.

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk: jcb